# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  MATTHEW L. FRANSON & BOBBIE J. FRANSON                    Case Number: 05-72356
5945 RAWLES AVE.                            SSN-xxx-xx-3426 & xxx-xx-6708
INDIANAPOLIS, IN  46237

Case filed on: 5/10/2005
Plan Confirmed on: 8/19/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $24,000.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 003 | SAXON MORTGAGE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 204 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | MATTHEW L. FRANSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMCORE BANK NA | 19,000.00 | 19,000.00 | 9,408.63 | 2,075.31 |
| 002 | SAXON MORTGAGE SERVICES INC | 7,491.62 | 992.26 | 992.26 | 0.00 |
| 004 | FORD MOTOR CREDIT CORP | 11,875.00 | 11,875.00 | 5,880.39 | 1,297.07 |
|  | Total Secured | 38,366.62 | 31,867.26 | 16,281.28 | 3,372.38 |
| 001 | AMCORE BANK NA | 5,896.94 | 5,896.94 | 0.00 | 0.00 |
| 004 | FORD MOTOR CREDIT CORP | 4,657.13 | 4,657.13 | 0.00 | 0.00 |
| 005 | BECKET & LEE, LLP | 303.27 | 303.27 | 0.00 | 0.00 |
| 006 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | GLENWOOD CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NICOR GAS | 482.80 | 482.80 | 0.00 | 0.00 |
| 012 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | SEARS ROEBUCK & CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 219.11 | 219.11 | 0.00 | 0.00 |
| 015 | TRUGREEN CHEMLAWN | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | AMERICAN GENERAL FINANCE | 4,799.47 | 4,799.47 | 0.00 | 0.00 |
|  | Total Unsecured | 16,358.72 | 16,358.72 | 0.00 | 0.00 |
|  | Grand Total: | 57,589.34 | 51,089.98 | 19,145.28 | 3,372.38 |

Total Paid Claimant:      $22,517.66
Trustee Allowance:        $1,482.34
Percent Paid Unsecured:        0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008              By   /s/Heather M. Fagan